IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| KERI A BURGWIN, ) | |
| ) | Case No.: 18-23000-GLT |
| Debtor. ) | |
| ) | |
| ) | |
| CLAIRTON CITY SCHOOL ) | |
| DISTRICT, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| KERI A BURGWIN, ) | |
| ) | |
| Respondent. | |

**WITHDRAWAL OF PROOF OF CLAIM #19-1**

    AND NOW, comes Clairton City School District, a secured creditor in the above-referenced Bankruptcy case, by and through its Counsel, Jeffrey R. Hunt, Esquire and Goehring, Rutter & Boehm, and hereby files its withdrawal of Proof of Claim #19-1 filed on behalf of Clairton City School District on October 10, 2018 in the amount of $341.15 for unpaid delinquent real estate taxes for the 2018 tax year for Block and Lot 878-N-315. The within Claim is being withdrawn because the debt was included in Claim #4-2.

Dated: March 19, 2019           Respectfully submitted,

                                        GOEHRING, RUTTER & BOEHM

                                        By:    /s/ Jeffrey R. Hunt
                                                Jeffrey R. Hunt, Esquire
                                                Pa. I.D. #90342
                                                Frick Building, 14th Floor
                                                437 Grant Street
                                                Pittsburgh, PA  15219
                                                (412) 281-0587
                                                Attorney for Movant
                                                jhunt@grblaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| N RE: | ) |
| | ) Chapter 13 |
| KERI A BURGWIN, | ) |
| | ) Case No.: 18-23000-GLT |
| Debtor. | ) |
| | ) |
| | ) |
| CLAIRTON CITY SCHOOL DISTRICT, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| KERI A BURGWIN, | ) |
| | ) |
| Respondent. | ) |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing WITHDRAWAL OF PROOF OF CLAIM #19-1 has been served this 19th day of March, 2019 by first-class United States mail, postage prepaid, upon:

Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235

Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

/s/ Jeffrey R. Hunt
Jeffrey R. Hunt, Esquire