**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-23000-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Keri A Burgwin
743 Horton St
Clairton PA 15025

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/08/2019.

Name and Address of Alleged Transferor(s):

Claim No. 3: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/11/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-23000-GLT
Keri A Burgwin                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: agro      Page 1 of 1      Date Rcvd: Apr 09, 2019
                   Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2019.
14904731     +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2019 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    Ditech Financial LLC as servicer for The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee of the GMACM bkgroup@kmllawgroup.com
      Jeffrey Dallas Ries    on behalf of Creditor    Clairton School District jries@plmoffice.com
      Jeffrey R. Hunt    on behalf of Creditor    Clairton City School District jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Clairton City & Clairton City School District jhunt@grblaw.com, cnoroski@grblaw.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
      Lawrence W. Willis    on behalf of Debtor Keri A Burgwin ecf@westernpabankruptcy.com, urfreshstrt@gmail.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      TOTAL: 8