## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-23000-GLT |
| | : | |
| Keri A. Burgwin, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I served the *Order Dated February 7, 2020 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated February 6, 2020* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):


Dated February 10, 2020

/s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704

MATRIX

Keri A. Burgwin
743 Horton Street
Clairton, PA 15025

Ronda J. Winnecour, Esquire
Suite 3250,
USX Tower
600 Grant Street
Pittsburgh, PA 15219

AT&T Mobility II LLC
%AT&T SERVICES INC.
KAREN A. CAVAGNARO  PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921-2693

Aes/pheaa-keycon
Pob 61047
Harrisburg, PA 17106-1047

Aes/pheaafrn
Po Box 61047
Harrisburg, PA 17106-1047

AMERICREDIT FINANCIAL SERVICS DBA
GM FINANCIAL
PO BOX 183853
ARLINGTON TX 76096-3853

Ashley Funding Services, LLC its successors
assigns as assignee of Laboratory
Corporation of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

Bank of Missouri

PO Box 89725
Sioux Falls, SD 57109-9725

BAXTER CREDIT UNION
COLLECTION DEPARTMENT
PO BOX 8133
VERNON HILLS IL 60061-8133

Capital One
PO Box  30281
Salt Lake City, UT 84130-0281

City of Clairton & Clairton City School Dist
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

Clairton City School District
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

Clairton School District
C/O McGrail & Associates
1714 Lincoln Way
McKeesport, PA 15131-1716

Clariton City
C/O Keystone Collectors
546 Wendel Road
Irwin, PA 15642-7539

Cnac - In101
12802 Hamilton Crossing
Carmel, IN 46032-5424

Coll Svc Ctr
250 Mt Lebanon Blvd
Pittsburgh, PA 15234-1252

Consumer Portfolio Svc
Po Box 57071
Irvine, CA 92619-7071

Credit Coll

725 Canton St
Norwood, MA 02062-2679

Credit Collection Serv
725 Canton St
Norwood, MA 02062-2679

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193-8872

Directv, LLC
by American InfoSource as agent
PO Box 5008
Carol Stream, IL  60197-5008

Ditech
PO Box 979282
Miami, FL 33197-9282

Diversified Consultant
10550 Deerwood Park Blvd
Jacksonville, FL 32256-0596

Dpt Treasury
3700 East West Highway
Hyattsville, MD 20782-2092

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Fst Premier
601 S Minnesota Ave
Sioux Falls, SD 57104-4824

Gm Financial
Po Box 181145
Arlington, TX 76096-1145

Keystone Collections Group
546 Wendel Road
Irwin, PA 15642-7539

LVNV Funding, LLC its successors and
assigns
assignee of MHC Receivables, LLC and
FNBM, LLC

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Merrick Bk
Po Box 9201
Old Bethpage, NY 11804-9001

Microf
PO Box 70085
Albany, GA 31708-0085

Nordstrom, Inc.
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Nordstrom/td Bank Usa
13531 E Caley Ave
Englewood, CO 80111-6504

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pendrick Capital Partners II, LLC
PO BOX 141419
IRVING, TX  75014-1419

Pitt Ctr Fcu
P.o. Box 9727
Pittsburgh, PA 15229-0727

Portfolio Recov Assoc
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4952

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Receivable Management
240 Emery St
Bethlehem, PA 18015-1980

Salute
Pob 105555

Atlanta, GA 30348-5555

Security Credit Servic
2653 W Oxford Loop
Oxford, MS 38655-2929

SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Syncb/jcp
Po Box 965007
Orlando, FL 32896-5007

Tbom/total Crd
5109 S Broadband Ln
Sioux Falls, SD 57108-2208

The Bank of New York Mellon Trust
Company, N
c/o Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709-6154

Timepayment Corp
1600 District Ave Ste 20
Burlington, MA 01803-5233

Verizon
Po Box 650584
Dallas, TX 75265-0584