Form RSC2 (Reschedule Conciliation/COD)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Keri A Burgwin**
   Debtor(s)

Bankruptcy Case No.: 18−23000−GLT
Chapter: 13

## ORDER

The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 26, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 20, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

Gregory L. Taddonio, Judge
United States Bankruptcy Court

```
                               United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                     Case No. 18-23000-GLT
Keri A Burgwin                                                             Chapter 13
        Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0315-2          User: llea                    Page 1 of 3                 Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon               Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db             +Keri A Burgwin,    743 Horton St,    Clairton, PA 15025-1321
cr             +Clairton City & Clairton City School District,    Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219,
                 UNITED STATES 15219-6101
cr             +Clairton City School District,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES OF AMERICA 15219-6101
cr             +Clairton School District,    501 Waddell Avenue,    Clairton, PA 15025-1597
14888353       +Aes/pheaa-keycon,    Pob 61047,    Harrisburg, PA 17106-1047
14888354       +Aes/pheaafrn,    Po Box 61047,    Harrisburg, PA 17106-1047
14934605       +Bank of Missouri,    PO Box 89725,    Sioux Falls, SD 57109-9725
14931319       +City of Clairton & Clairton City School District,     Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14931326       +Clairton City School District,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14900009       +Clairton School District,    C/O McGrail & Associates,    1714 Lincoln Way,
                 McKeesport, PA 15131-1716
14900010       +Clariton City,    C/O Keystone Collectors,    546 Wendel Road,    Irwin, PA 15642-7539
14888357       +Coll Svc Ctr,    250 Mt Lebanon Blvd,    Pittsburgh, PA 15234-1252
14900017       +Ditech,   PO Box 979282,    Miami, FL 33197-9282
14888363       +Dpt Treasury,    3700 East West Highway,    Hyattsville, MD 20782-2092
15029252        Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
14888365       +Fst Premier,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4824
14939659       +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
14914179       +Nordstrom, Inc.,    Jefferson Capital Systems LLC Assignee,    Po Box 7999,
                 Saint Cloud Mn 56302-7999
14904731       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
14913115        Pendrick Capital Partners II, LLC,    PO BOX 141419,    IRVING, TX 75014-1419
14888369       +Pitt Ctr Fcu,    P.o. Box 9727,    Pittsburgh, PA 15229-0727
14888371       +Receivable Management,    240 Emery St,    Bethlehem, PA 18015-1980
14888372       +Salute,   Pob 105555,    Atlanta, GA 30348-5555
14888375       +Tbom/total Crd,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Mar 21 2020 04:23:17      Ditech Financial LLC,
                 PO Box 0049,    Palatine, IL 60055-0001
cr             +E-mail/Text: kburkley@bernsteinlaw.com Mar 21 2020 04:25:58      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14892482        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 21 2020 04:23:16
                 Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
                 Arlington, TX 76096
14919843       +E-mail/Text: g20956@att.com Mar 21 2020 04:25:41      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14924343        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2020 04:18:34
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14916369       +E-mail/Text: bnc@atlasacq.com Mar 21 2020 04:22:57      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
14888355        E-mail/Text: bankruptcies.notifications@bcu.org Mar 21 2020 04:25:34      Baxter Credit Union,
                 340 N Milwaukee Ave,    Vernon Hills, IL 60061
14900008       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2020 04:18:10      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14888356       +E-mail/Text: bankruptcy@jdbyrider.com Mar 21 2020 04:26:18      Cnac - In101,
                 12802 Hamilton Crossing,    Carmel, IN 46032-5424
14888358       +E-mail/Text: bankruptcy@consumerportfolio.com Mar 21 2020 04:24:58      Consumer Portfolio Svc,
                 Po Box 57071,    Irvine, CA 92619-7071
14888359       +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 21 2020 04:26:16      Credit Coll,
                 725 Canton St,    Norwood, MA 02062-2679
14888360       +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 21 2020 04:26:16
                 Credit Collection Serv,    725 Canton St,    Norwood, MA 02062-2679
14888361       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 21 2020 04:17:23      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
14920911        E-mail/Text: G06041@att.com Mar 21 2020 04:25:31      Directv, LLC,
                 by American InfoSource as agent,    PO Box 5008,    Carol Stream, IL 60197-5008
14888362       +E-mail/Text: bankruptynotices@dcicollect.com Mar 21 2020 04:25:40      Diversified Consultant,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
14888364       +E-mail/Text: bknotice@ercbpo.com Mar 21 2020 04:24:48      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14888366       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 21 2020 04:23:16      Gm Financial,
                 Po Box 181145,    Arlington, TX 76096-1145
```

```
District/off: 0315-2          User: llea                 Page 2 of 3                  Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon            Total Noticed: 53


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14920806         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2020 04:17:35
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14888367        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 21 2020 04:17:01      Merrick Bk,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
14900023        +E-mail/Text: bk@microf.com Mar 21 2020 04:26:21      Microf,    PO Box 70085,
                 Albany, GA 31708-0085
14888368        +E-mail/Text: bnc@nordstrom.com Mar 21 2020 04:23:06      Nordstrom/td Bank Usa,
                 13531 E Caley Ave,    Englewood, CO 80111-6504
14888830        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:17:27
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14888370        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:17:27
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14913364        +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 21 2020 04:25:05      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14900030         E-mail/Text: appebnmailbox@sprint.com Mar 21 2020 04:24:23      Sprint,    PO Box 7949,
                 Overland Park, KS 66207
14888374        +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:17:02      Syncb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
14927004         E-mail/Text: bankruptcy.bnc@ditech.com Mar 21 2020 04:23:17
                 The Bank of New York Mellon Trust Company, N.A.,    c/o Ditech Financial LLC,    PO Box 6154,
                 Rapid City, SD 57709-6154
14888376        +E-mail/Text: marisa.sheppard@timepayment.com Mar 21 2020 04:24:56      Timepayment Corp,
                 1600 District Ave Ste 20,    Burlington, MA 01803-5233
14888377        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 21 2020 04:22:38
                 Verizon,    Po Box 650584,    Dallas, TX 75265-0584
                                                                                               TOTAL: 29


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Ditech Financial LLC as servicer for The Bank of N
cr*              Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
cr*             +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14900006*       +Aes/pheaafrn,    Po Box 61047,    Harrisburg, PA 17106-1047
14900007*      ++BAXTER CREDIT UNION,    COLLECTION DEPARTMENT,    PO BOX 8133,    VERNON HILLS IL 60061-8133
                (address filed with court: Baxter Credit Union,     340 N Milwaukee Ave,
                 Vernon Hills, IL 60061)
14900011*       +Cnac - In101,    12802 Hamilton Crossing,    Carmel, IN 46032-5424
14900012*       +Coll Svc Ctr,    250 Mt Lebanon Blvd,    Pittsburgh, PA 15234-1252
14900013*       +Consumer Portfolio Svc,    Po Box 57071,    Irvine, CA 92619-7071
14900014*       +Credit Coll,    725 Canton St,    Norwood, MA 02062-2679
14900015*       +Credit Collection Serv,    725 Canton St,    Norwood, MA 02062-2679
14900016*       +Credit One Bank Na,    Po Box 98872,    Las Vegas, NV 89193-8872
14900018*       +Diversified Consultant,    10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
14900019*       +Dpt Treasury,    3700 East West Highway,    Hyattsville, MD 20782-2092
14900020*       +Enhanced Recovery Co L,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14900021*       +Fst Premier,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4824
14900022*       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
14900024*       +Nordstrom/td Bank Usa,    13531 E Caley Ave,    Englewood, CO 80111-6504
14900025*       +Pitt Ctr Fcu,    P.o. Box 9727,    Pittsburgh, PA 15229-0727
14900026*       +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14900027*       +Receivable Management,    240 Emery St,    Bethlehem, PA 18015-1980
14900028*       +Salute,    Pob 105555,    Atlanta, GA 30348-5555
14900029*       +Security Credit Servic,    2653 W Oxford Loop,    Oxford, MS 38655-2929
14900031*       +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14900032*       +Tbom/total Crd,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
14900033*       +Timepayment Corp,    1600 District Ave Ste 20,    Burlington, MA 01803-5233
14900034*       +Verizon,    Po Box 650584,    Dallas, TX 75265-0584
14888373       ##+Security Credit Servic,    2653 W Oxford Loop,    Oxford, MS 38655-2929
                                                                                            TOTALS: 1, * 25, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: llea                 Page 3 of 3            Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon            Total Noticed: 53
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    Ditech Financial LLC as servicer for The Bank of New
               York Mellon Trust Company, N.A., as Indenture Trustee of the GMACM bkgroup@kmllawgroup.com
              Jeffrey Dallas Ries     on behalf of Creditor    Clairton School District jries@plmoffice.com
              Jeffrey R. Hunt     on behalf of Creditor    Clairton City School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt     on behalf of Creditor    Clairton City & Clairton City School District
               jhunt@grblaw.com,    cnoroski@grblaw.com
              Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lawrence W. Willis     on behalf of Debtor Keri A Burgwin ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```