IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | KERI A. BURGWIN, | : | Bankruptcy No. 18-23000-GLT |
| | Debtor(s) | : | |
| | | : | Chapter 13 |
| Movant(s) | | : | |
| | | : | Related to Document No. N/A |
| | v. | : | |
| Respondent(s) | | : | |

## MOTION FOR WITHDRAWAL OF APPEARANCE
## AND TERMINATION OF CM/ECF RECORD

AND NOW comes Jeffrey D. Ries, Esquire, counsel to Creditor, Clairton School District in the above-captioned case, and certifies to this Honorable Court that he (a) has satisfied the interest of his client Clairton City School District in the above-captioned case, and (b) has informed and received the consent of Creditor to withdraw his appearance in the above-captioned case. Having so certified, and pursuant to W.PA.LBR 9010-2(b), Jeffrey D. Ries requests that this Honorable Court grant his request for leave for withdrawal of his appearance and termination of his CM/ECF record in this case. Movant further certifies that Attorney Patricia McGrail will represent the interests of Creditor moving forward.

Date: April 28, 2020            */s/ Jeffrey D. Ries, Esquire*
                                Jeffrey D. Ries, Esquire
                                Pa. I.D. #311901
                                381 Daily Drive
                                N. Huntingdon, PA 15642
                                T: 412-404-6348
                                jeff@jdrfirm.com

## ORDER

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that Jeffrey D. Ries is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date: _____            _____
                           United States Bankruptcy Judge Gregory L. Taddonio