IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No.: 18-23000-GLT |
| KERI A. BURGWIN, | ) | |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Clairton School District a creditor of Keri A Burgwin. The undersigned hereby enters her appearance pursuant to Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned counsel at the following addresses and telephone/facsimile numbers:

Patricia L. McGrail, Esquire
McGrail & Associates, LLC
1714 Lincoln Way
White Oak, PA 15131
412-664-4433
pmcgrail@mcgrailassociates.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronics, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a consent to jurisdiction or as a waiver of any rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by a jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or

discretionary withdrawal, or (4) of any rights, defenses, claims, action, setoffs, or recoupments in law or equity

Dated: April 28, 2020 	*/s/ Patricia L. McGrail*
Patricia L. McGrail, Esquire
McGrail & Associates, LLC
1714 Lincoln Way
White Oak, PA 15131
412-664-4433
pmcgrail@mcgrailassociates.com

## CERTIFICATE OF SERVICE

I, Patricia L. McGrail, Esquire, hereby certify that on this 28th day of August 2018, I caused to be served a copy of the Notice of Appearance and Request for Notices and Papers on the following arties set forth below via first class mail, and/or electronic mail.

Lawrence W. Willis
Willis & Associates
201 Penn Center Blvd. – Ste. 310
Pittsburgh, PA 15235

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant St.
Pittsburgh, PA 15219

Dated: April 28, 2020 	*/s/ Patricia L. McGrail*
Patricia L. McGrail, Esquire
McGrail & Associates, LLC
1714 Lincoln Way
White Oak, PA 15131
412-664-4433
pmcgrail@mcgrailassociates.com