FILED
4/11/22 11:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Keri A. Burgwin ) | |
| ) | Case No. 18-23000-GLT |
| ) | |
| ) | Chapter 13 |
| Debtor(s).  ) | |
| X | Related to Dkt. No. 70,71 |

**ORDER OF COURT**
**(Check Boxes That Apply)**

☒ **Confirming Plan on Final Basis**        ☐ **Chapter 13 Plan dated:**
                                             _____

☐ **Authorizing Distributions Under Plan**   ☒ **Amended Chapter 13 dated:**
**On Interim Basis Solely as Adequate**      **March 1st, 2022**
**Protection**

    IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

    IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

    1.    **Unique Provisions Applicable Only to This Case:** *Only those provisions which are checked below apply to this case:*

    ☐    A. For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $_____, beginning _____ . To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

    ☐    B. The length of the Plan is changed to a total of at least ____months. This

-1-

☐   statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐   C.  To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. ***Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.*** The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐   D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐   E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐   F.  The following utility creditor _____ shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☒   G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
*Clairton City SD CL#4-2
*City of Clairton CL#21
*Clairton City SD & City of Clairton EIT CL#18

☐   H.  The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:

-2-

☐     I.   The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:

☒     J.   The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:
*New Rez CL#17

☐     K.   Additional Terms and Conditions:

**2. Deadlines. The following deadlines are hereby established and apply to this case:**

    **A.**     **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

    **B.**     **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

    **C.**     **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

    **D.**     **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

**3.     Additional Provisions.** The following additional provisions apply in this case:

**A.**     Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**B.**     The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

**C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**     Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

**F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed ***secured claim*** (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

**G.**     The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

**H.**     The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated:     April 11, 2022

_____
Gregory L. Taddonio     jah
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk

-4-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23000-GLT |
| Keri A Burgwin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 11, 2022 | Form ID: pdf900 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keri A Burgwin, 743 Horton St, Clairton, PA 15025-1321 |
| cr | + | Clairton City & Clairton City School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Clairton City School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Clairton School District, 501 Waddell Avenue, Clairton, PA 15025-1597 |
| cr | + | Ditech Financial LLC, PO Box 0049, Palatine, IL 60055-0001 |
| 14888353 | + | Aes/pheaa-keycon, Pob 61047, Harrisburg, PA 17106-1047 |
| 14888354 | + | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14931319 | + | City of Clairton & Clairton City School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14931326 | + | Clairton City School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14900009 | + | Clairton School District, C/O McGrail & Associates, 1714 Lincoln Way, McKeesport, PA 15131-1716 |
| 14900010 | + | Clariton City, C/O Keystone Collectors, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14888357 | + | Coll Svc Ctr, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 14888363 | + | Dpt Treasury, 3700 East West Highway, Hyattsville, MD 20782-2092 |
| 14939659 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14914179 | + | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14904731 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14888369 | + | Pitt Ctr Fcu, P.o. Box 9727, Pittsburgh, PA 15229-0727 |
| 14888371 | #+ | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |
| 14888372 | + | Salute, Pob 105555, Atlanta, GA 30348-5555 |
| 14888375 | + | Tbom/total Crd, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14927004 | | The Bank of New York Mellon Trust Company, N.A., c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Apr 11 2022 23:37:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14892482 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Apr 11 2022 23:36:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14919843 | + | Email/Text: g20956@att.com | | |
| | | | Apr 11 2022 23:37:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14916369 | | Email/Text: bnc@atlasacq.com | | |

Case 18-23000-GLT   Doc 75   Filed 04/13/22   Entered 04/14/22 00:24:34   Desc Imaged
                          Certificate of Notice   Page 6 of 8

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Apr 11, 2022 | Form ID: pdf900 | Total Noticed: 53 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Apr 11 2022 23:36:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14888353 | + | Email/Text: bncnotifications@pheaa.org | Apr 11 2022 23:36:00 | Aes/pheaa-keycon, Pob 61047, Harrisburg, PA 17106-1047 |
| 14888354 | + | Email/Text: bncnotifications@pheaa.org | Apr 11 2022 23:36:00 | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14924343 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2022 23:38:36 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14888355 | | Email/Text: bankruptcies.notifications@bcu.org | Apr 11 2022 23:37:00 | Baxter Credit Union, 340 N Milwaukee Ave, Vernon Hills, IL 60061 |
| 14934605 | + | Email/Text: bknotices@totalcardinc.com | Apr 11 2022 23:37:00 | Bank of Missouri, PO Box 89725, Sioux Falls, SD 57109-9725 |
| 14900008 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2022 23:38:39 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14888356 | + | Email/Text: bankruptcy@jdbyrider.com | Apr 11 2022 23:37:00 | Cnac - In101, 12802 Hamilton Crossing, Carmel, IN 46032-5424 |
| 14888358 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 11 2022 23:37:00 | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |
| 14888359 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 11 2022 23:37:00 | Credit Coll, 725 Canton St, Norwood, MA 02062-2679 |
| 14888360 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 11 2022 23:37:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 14888361 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 11 2022 23:38:40 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14920911 | | Email/Text: G06041@att.com | Apr 11 2022 23:37:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14888362 | + | Email/Text: bankruptcynotices@dcicollect.com | Apr 11 2022 23:37:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 15029252 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 11 2022 23:36:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14888364 | + | Email/Text: bknotice@ercbpo.com | Apr 11 2022 23:37:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14888365 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 11 2022 23:38:40 | Fst Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 14888366 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 11 2022 23:36:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14920806 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2022 23:38:45 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14888367 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 11 2022 23:38:40 | Merrick Bk, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14900023 | + | Email/Text: bk@microf.com | Apr 11 2022 23:37:00 | Microf, PO Box 70085, Albany, GA 31708-0085 |
| 15229868 | | Email/Text: mtgbk@shellpointmtg.com | Apr 11 2022 23:36:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14888368 | + | Email/Text: bnc@nordstrom.com | Apr 11 2022 23:36:34 | Nordstrom/td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14913115 | | Email/Text: perituspendrick@peritusservices.com | Apr 11 2022 23:36:00 | Pendrick Capital Partners II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |

Case 18-23000-GLT   Doc 75   Filed 04/13/22   Entered 04/14/22 00:24:34   Desc Imaged
                    Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 11, 2022 | Form ID: pdf900 | Total Noticed: 53 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 14904731 | + | Email/Text: bncnotifications@pheaa.org | Apr 11 2022 23:36:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14888830 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 11 2022 23:38:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14888370 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2022 23:38:36 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14913364 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 11 2022 23:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14900030 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Apr 11 2022 23:38:35 | Sprint, PO Box 7949, Overland Park, KS 66207 |
| 14888374 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2022 23:38:35 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14888376 | + | Email/Text: marisa.sheppard@timepayment.com | Apr 11 2022 23:37:00 | Timepayment Corp, 1600 District Ave Ste 20, Burlington, MA 01803-5233 |
| 14888377 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 11 2022 23:36:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC as servicer for The Bank of N |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | The Bank of New York Mellon Trust Company, N.A., |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14900006 | *+ | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14900007 | *P++ | BAXTER CREDIT UNION, COLLECTION DEPARTMENT, PO BOX 8133, VERNON HILLS IL 60061-8133, address filed with court:, Baxter Credit Union, 340 N Milwaukee Ave, Vernon Hills, IL 60061 |
| 14900011 | *+ | Cnac - In101, 12802 Hamilton Crossing, Carmel, IN 46032-5424 |
| 14900012 | *+ | Coll Svc Ctr, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 14900013 | *+ | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |
| 14900014 | *+ | Credit Coll, 725 Canton St, Norwood, MA 02062-2679 |
| 14900015 | *+ | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 14900016 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14900018 | *+ | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14900019 | *+ | Dpt Treasury, 3700 East West Highway, Hyattsville, MD 20782-2092 |
| 14900020 | *+ | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14900021 | *+ | Fst Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 14900022 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14900024 | *+ | Nordstrom/td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14900025 | *+ | Pitt Ctr Fcu, P.o. Box 9727, Pittsburgh, PA 15229-0727 |
| 14900026 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14900027 | *+ | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |
| 14900028 | *+ | Salute, Pob 105555, Atlanta, GA 30348-5555 |
| 14900029 | *+ | Security Credit Servic, 2653 W Oxford Loop, Oxford, MS 38655-2929 |
| 14900031 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14900032 | *+ | Tbom/total Crd, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14900033 | *+ | Timepayment Corp, 1600 District Ave Ste 20, Burlington, MA 01803-5233 |
| 14900034 | *+ | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14900017 | ##+ | Ditech, PO Box 979282, Miami, FL 33197-9282 |
| 14888373 | ##+ | Security Credit Servic, 2653 W Oxford Loop, Oxford, MS 38655-2929 |

TOTAL: 3 Undeliverable, 25 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

Case 18-23000-GLT    Doc 75    Filed 04/13/22    Entered 04/14/22 00:24:34    Desc Imaged
Certificate of Notice    Page 8 of 8

| District/off: 0315-2 | User: auto | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: Apr 11, 2022 | Form ID: pdf900 | Total Noticed: 53 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2022         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC as servicer for The Bank of New York Mellon Trust Company N.A., as Indenture Trustee of the GMACM bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Clairton City School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Clairton City & Clairton City School District jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Debtor Keri A Burgwin ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Patricia Liptak McGrail | on behalf of Creditor Clairton School District pmcgrail@plmoffice.com tpontia@plmoffice.com;lkurka@plmoffice.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8