# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### (Pittsburgh)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Keri A. Burgwin | CASE NO.: 18-23000 |
| Debtor(s). | |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that NewRez LLC d/b/a Shellpoint Mortgage Servicing, as servicer for The Bank of New York Mellon Trust Company, N.A., fka The Bank of New York Trust Company, N.A., as Trustee for GMACM Home Equity Loan Trust 2006-HE5 ("Shellpoint"), secured creditor to the above entitled Debtors by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

> Elizabeth K. Holdren, Esq
> Hill Wallack LLP
> 21 Roszel Road, P.O. Box 5226
> Princeton, NJ 08543
> Telephone: (609)734-6345
> Email: eholdren@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive

Shellpoint's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Shellpoint is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 29, 2022				Hill Wallack LLP

				By: */s/ Elizabeth K. Holdren*
				Elizabeth K. Holdren, Esq
				Hill Wallack LLP
				21 Roszel Road, P.O. Box 5226
				Princeton, NJ 08543
				Telephone: (609)734-6345
				Email: eholdren@hillwallack.com