# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Keri A Burgwin | § § | CASE NO. 18-23000-GLT |
| Debtor(s) | § § | CHAPTER 13 |
| Ronda J. Winnecour | § § § | |
| Movant | § | |
| vs. | § § | |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing | § § § | |
| Respondent. | | |

## RESPONSE TO INTERIM NOTICE OF CURE OF ARREARS

TO THE HONORABLE JUDGE GREGORY L. TADDONIO:

COMES NOW, NewRez LLC d/b/a Shellpoint Mortgage Servicing, as servicer for The Bank of New York Mellon Trust Company, N.A., fka The Bank of New York Trust Company, N.A., as Trustee for GMACM Home Equity Loan Trust 2006-HE5 (the "Creditor"), hereby files its Response to the Interim Notice of Cure of Arrears (the "Notice") filed on April 13, 2022 (Doc 74), and responds as follows:

## PRE-PETITION MORTGAGE ARREARAGE

1. The Creditor states that its pre-petition arrearage claim (Claim #17-1 filed 10/05/2018) has been satisfied by the trustee payments. The amount of $16,032.64 was paid by the Trustee.

          Respectfully submitted.

          */s/ Elizabeth K. Holdren*
          Attorney for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Response was served on the persons listed below, in the manner listed below on May 4, 2022.

          */s/ Elizabeth K. Holdren*

<u>Via Pre-Paid U.S. Mail</u>:

Keri A Burgwin
743 Horton St
Clairton, PA 15025
***Debtor***

<u>Via ECF</u>:

Lawrence W. Willis
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburg, PA 15235
***Debtor's Attorney***

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
***Trustee***

{10169356; 1}