**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/10/2023

IN RE:

KERI A BURGWIN
743 HORTON ST
CLAIRTON, PA 15025
XXX-XX-9800          Debtor(s)

Case No. 18-23000 GLT

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/10/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PAYPAL/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 1051 |
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFERY RIES ESQ**<br>MCGRAIL AND ASSOCIATES LLC<br>1714 LINCOLN WY<br>WHITE OAK, PA  15131 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CLAIRTON SD/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CLAIRTON CITY SD (CLAIRTON) (RE)**<br>C/O ANDREWS & PRICE - DLNQ CLLCTR<br>1500 ARDMORE BLVD STE 506<br>PITTSBURGH, PA  15221 | Trustee Claim Number:4   INT %: 10.00%<br>Court Claim Number:4-2<br>CLAIM:  3,888.21<br>COMMENT:  878-N-315;11-17*CL4-2GOV*$@10%/CL-PL*AMD*W/48 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  N315 |
| **CITY OF CLAIRTON (RE TAX)**<br>C/O KEYSTONE CLLCTNS GRP-DLQ CLTR<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:5   INT %: 10.00%<br>Court Claim Number:21<br>CLAIM:  2,082.64<br>COMMENT:  878N315;09-17*CL21GOV*$@10%/CL-PL*W/47 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 9800 |
| **BYRIDER FINANCE LLC  D/B/A CNAC**<br>ATTN BANKRUPTCY DEPT<br>12802 HAMILTON CROSSING BLVD<br>CARMEL, IN  46032 | Trustee Claim Number:6   INT %: 4.25%<br>Court Claim Number:1<br>CLAIM:  3,462.40<br>COMMENT:  SURR/PL*$9357.95/CL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0319 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:17<br>CLAIM:  0.00<br>COMMENT:  PMT/CONF-NTC*DK4LMT*FR BNY MELLON-DOC 53 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8500 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  48,068.40<br>COMMENT:  0019/SCH*FR PHEAA/FRN*DOC 43 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9800 |
| **BAXTER CREDIT UNION**<br>340 N MILWAUKEE AVE<br>VERNON HILLS, IL  60061 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9017 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: HGLW |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: QAM9 |
| **CONSUMER PORTFOLIO SVCS/CPS**<br>POB 57071<br>IRVINE, CA  92619-7071 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: REPO/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0552 |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br>NORWOOD, MA  02062 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0447 |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br>NORWOOD, MA  02062 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5169 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 266.50<br>COMMENT: MHC RECEIVABLES/FNBM/CREDIT ONE BANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8676 |
| **DIVERSIFIED CONSULTANTS++**<br>POB 551268<br>JACKSONVILLE, FL  32255 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SPRINT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5414 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 8106,8150~NO$~NO YRS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8106 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL  32256-7412 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ATT MOBILITY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8297 |
| **FIRST PREMIER BANK**<br>601 SOUTH MINNESOTA AVE<br>SIOUX FALLS, SD  57104 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3497 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 423.69<br>COMMENT: REF 3444300347 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9814 |

| Creditor | Address | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FIN** | PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 8,285.11<br>COMMENT: REPO/SCH*DFNCY BAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6756 |
| **MICROF LLC** | PO BOX 70085<br>ALBANY, GA 31708 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 1,122.31<br>COMMENT: NO$~NO ACCT/SCH*RENTAL AGRMT DTD 8/9/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2234 |
| **NORDSTROM FSB** | C/O JEFFERSON CAPITAL SYSTEMS LLC* - ASGN<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 178.59<br>COMMENT: REF 3445023947*TD BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0008 |
| **PITTSBURGH CENTER FCU** | PO BOX 9727<br>PITTSBURGH, PA 15229 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **PRA AG FUNDING LLC** | C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9788 |
| **REC MANAGEMENT SERVICE** | 240 EMERY ST<br>BETHLEHEM, PA 18015 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2313 |
| **SALUTE/UTB** | POB 105555<br>ATLANTA, GA 30348 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4172 |
| **ATLAS ACQUISITIONS LLC - ASSIGNEE OF TEMP** | 492C CEDAR LN STE 442<br>TEANECK, NJ 07666 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,945.00<br>COMMENT: XX3069 NO$@SECURITY CREDIT SVCS@NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 83DD |
| **SYNCHRONY BANK** | C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~JCP~NT ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4913 |
| **BANK OF MISSOURI** | PO BOX 89725<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 425.25<br>COMMENT: MID AMERICA B_&_T*NO PMTS*CHARGED OFF 6/30/17*RECEIVED BY CT 10/9/18*D | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5628 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **TIME PAYMENT CORP**<br>200 SUMMIT DR STE 100<br>BURLINGTON, MA 01803-5274 | Trustee Claim Number: 31 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8875 | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH |
| **VERIZON**<br>140 WEST ST<br>NEW YORK, NY 10007 | Trustee Claim Number: 32 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8493 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 33 INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **SPRINT CORP(\*)**<br>PO BOX 3326<br>ENGLEWOOD, CO 80155-3326 | Trustee Claim Number: 34 INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **PENDRICK CAPITAL PARTNERS II LLC**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Trustee Claim Number: 35 INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1571 | CLAIM: 143.42<br>COMMENT: NT/SCH\*AHN EMERGENCY |
| **PENDRICK CAPITAL PARTNERS II LLC**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | Trustee Claim Number: 36 INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1572 | CLAIM: 717.12<br>COMMENT: NT/SCH\*AHN EMERGENCY |
| **ATLAS ACQUISITIONS LLC - AS ASSIGNEE**<br>492C CEDAR LN STE 442<br>TEANECK, NJ 07666 | Trustee Claim Number: 37 INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5467 | CLAIM: 583.90<br>COMMENT: NT/SCH\*MID AMERICA BANK AND TRUST/JTM CAPITAL |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 38 INT %: 0.00%<br>Court Claim Number: 17 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8500 | CLAIM: 16,032.64<br>COMMENT: CL17GOV\*$/CL-PL\*FR BNY MELLON-DOC 53 |
| **ATLAS ACQUISITIONS LLC - ASSIGNEE OF FLEX**<br>492C CEDAR LN STE 442<br>TEANECK, NJ 07666 | Trustee Claim Number: 39 INT %: 0.00%<br>Court Claim Number: 10 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7f14 | CLAIM: 400.23<br>COMMENT: NT/SCH\*FLEX SHOPPER\*JTM CAPITAL\*DK |
| **AT & T MOBILITY II LLC**<br>C/O AT & T SERVICES INC<br>ONE AT & T WAY RM 3A104<br>BEDMINSTER, NJ 07921 | Trustee Claim Number: 40 INT %: 0.00%<br>Court Claim Number: 12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6213 | CLAIM: 2,149.90<br>COMMENT: NT/SCH |

| | | |
|---|---|---|
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 5008 | Court Claim Number:14 | ACCOUNT NO.:  1616 |
| | CLAIM:  1,071.38 | |
| CAROL STREAM, IL  60197-5008 | COMMENT:  NT/SCH | |
| **ASHLEY FUNDING SERVICES LLC - ASSIGNEE** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:15 | ACCOUNT NO.:  247A |
| PO BOX 10587 | | |
| | CLAIM:  103.42 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*LAB CORP | |
| **CLAIRTON CITY SD & CITY OF CLAIRTON (EIT)** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| C/O JORDAN TAX SVC-DLNQ CLLCTR | Court Claim Number:18 | ACCOUNT NO.:  9800 |
| 102 RAHWAY RD | | |
| | CLAIM:  406.50 | |
| MCMURRAY, PA  15317 | COMMENT:  9800;15-17*CL18GOV*$CL-PL@SLNT%/~SEC/PL | |
| **CLAIRTON CITY SD (CLAIRTON) (RE)** | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SERVICE - CUR YR CLLCTR | Court Claim Number:19 | ACCOUNT NO.:  N315 |
| 102 RAHWAY RD | | |
| | CLAIM:  0.00 | |
| MCMURRAY, PA  15317 | COMMENT:  878N315;18*CL19GOV*NT/SCH-PL*WNTS 10%*W/45*DK*CL @ 310.14 W/DRAWN-DC | |
| **CLAIRTON CITY SD (CLAIRTON) (RE)** | Trustee Claim Number:45  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SERVICE - CUR YR CLLCTR | Court Claim Number:19 | ACCOUNT NO.:  N315 |
| 102 RAHWAY RD | | |
| | CLAIM:  0.00 | |
| MCMURRAY, PA  15317 | COMMENT:  878N315;18*CL19GOV*NON%*NT/SCH-PL*W/44*DK*CL @ 31.01 W/DRAWN-DOC 40, | |
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:46  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  DITECH FNCL~BANK OF NY MELLON/PRAE | |
| **CITY OF CLAIRTON (RE TAX)** | Trustee Claim Number:47  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O KEYSTONE CLLCTNS GRP-DLQ CLTR | Court Claim Number:21 | ACCOUNT NO.:  9800 |
| 546 WENDEL RD | | |
| | CLAIM:  1,379.50 | |
| IRWIN, PA  15642 | COMMENT:  878N315;09-17*CL21GOV*NON%*$CL-PL@10%PL*W/5 | |
| **CLAIRTON CITY SD (CLAIRTON) (RE)** | Trustee Claim Number:48  INT %:  10.00% | CRED DESC:  Post Petition Claim (1305) |
| C/O ANDREWS & PRICE - DLNQ CLLCTR | Court Claim Number:4-2 | ACCOUNT NO.:  N315 |
| 1500 ARDMORE BLVD STE 506 | | |
| | CLAIM:  341.15 | |
| PITTSBURGH, PA  15221 | COMMENT:  878-N-315;18*CL4-2GOV*$@10%/CL-PL*%BGN 4/19*AMD*W/4 | |
| **HILL WALLACK LLP** | Trustee Claim Number:49  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 21 ROSZEL RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PRINCETON, NJ  08540 | COMMENT:  NEW REZ~SHELLPOINT/PRAE | |
| **JEFFREY R HUNT ESQ** | Trustee Claim Number:50  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| GRB LAW | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  CITY AND SD OF CLAIRTON/PRAE | |