FILED
8/3/23 9:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Keri A. Burgwin, | Chapter 13 |
| Movant | Bankruptcy No. 18-23000-GLT |
| Lawrence Willis, Esquire / Willis & Associates, Applicant | Related to Docket No. 82 |
| vs. | Hearing Date and Time: August 9, 2023 at 10:00 AM |
| Ronda J. Winnecour, Esquire, Chapter 13 Trustee, Respondent | |

### ORDER

**AND NOW**, this _3rd Day of August___, 2023, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED and DECREED that the Application in its face amount of $1,100.00 for Additional Compensation for services rendered by Lawrence W Willis, Esquire as Attorney for the Debtor is allowed, and the additional sum of $1,100.00 is to be paid to Lawrence W Willis / Willis & Associates as the remainder of the Attorney's Fees.

IT IS FURTHER ORDERED the Clerk shall record the total award of compensation in the amount of $5,100.00.

Additional fees may be paid through the Chapter 13 Plan provided that the Debtor amends the plan within twenty-one (21) days after the application for fees is allowed to increase the plan payment sufficiently to include those fees, if not already provided for. The fees must be paid from the Debtor's resources without decreasing the percentage or amount to be paid to other creditors through the plan.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

BY THE COURT:

_____
Hon. Gregory L. Taddonio
Chief United States Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23000-GLT |
| Keri A Burgwin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keri A Burgwin, 743 Horton St, Clairton, PA 15025-1321 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC as servicer for The Bank of New York Mellon Trust Company N.A., as Indenture Trustee of the GMACM bnicholas@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor The Bank of New York Mellon Trust Company N.A., fka The Bank of New York Trust Company, NA., as Trustee for GMACM Home Equity Loan Trust 2006-HE5 eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon Trust Company, N.A., fka The Bank of New York Trust Company, N.A., as Trustee for GMACM Home Equity Loan Tru eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Jeffrey R. Hunt | on behalf of Creditor Clairton City School District jhunt@grblaw.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Aug 03, 2023 Form ID: pdf900 Total Noticed: 1

Jeffrey R. Hunt
    on behalf of Creditor Clairton City & Clairton City School District jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lawrence W. Willis
    on behalf of Debtor Keri A Burgwin ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Patricia Liptak McGrail
    on behalf of Creditor Clairton School District pmcgrail@plmoffice.com tpontia@plmoffice.com;lkurka@plmoffice.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10