Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Keri A Burgwin** | : | Case No. 18−23000−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 93 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 11/29/23 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

      **AND NOW,** this *The 26th of September, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 93 by the Chapter 13 Trustee,

      It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

      (1)  **On or before November 10, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on *November 29, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

                                    _____
                                      Gregory L. Taddonio, Chief Judge
                                      United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Keri A Burgwin  
    Debtor

Case No. 18-23000-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: 604 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keri A Burgwin, 743 Horton St, Clairton, PA 15025-1321 |
| cr | + | Clairton City & Clairton City School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Clairton City School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Clairton School District, 501 Waddell Avenue, Clairton, PA 15025-1597 |
| cr | + | Ditech Financial LLC, PO Box 0049, Palatine, IL 60055-0001 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, as, Hill Wallack LLP, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 14931319 | + | City of Clairton & Clairton City School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14931326 | + | Clairton City School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14900009 | + | Clairton School District, C/O McGrail & Associates, 1714 Lincoln Way, McKeesport, PA 15131-1716 |
| 14900010 | + | Clariton City, C/O Keystone Collectors, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14888357 | + | Coll Svc Ctr, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 14888363 | + | Dpt Treasury, 3700 East West Highway, Hyattsville, MD 20782-2092 |
| 14939659 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14888369 | + | Pitt Ctr Fcu, P.o. Box 9727, Pittsburgh, PA 15229-0727 |
| 14927004 | | The Bank of New York Mellon Trust Company, N.A., c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Sep 27 2023 05:53:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14892482 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 27 2023 05:52:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14919843 | + | Email/Text: g20956@att.com | Sep 27 2023 05:53:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14916369 | | Email/Text: bnc@atlasacq.com | Sep 27 2023 05:51:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14888353 | + | Email/Text: bncnotifications@pheaa.org | Sep 27 2023 05:52:00 | Aes/pheaa-keycon, Pob 61047, Harrisburg, PA 17106-1047 |
| 14888354 | + | Email/Text: bncnotifications@pheaa.org | Sep 27 2023 05:52:00 | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 14924343 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2023 05:55:26 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14888355 | Email/Text: bankruptcies.notifications@bcu.org | Sep 27 2023 05:53:00 | Baxter Credit Union, 340 N Milwaukee Ave, Vernon Hills, IL 60061 |
| 14934605 | + Email/Text: bknotices@totalcardinc.com | Sep 27 2023 05:53:00 | Bank of Missouri, PO Box 89725, Sioux Falls, SD 57109-9725 |
| 14900008 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2023 05:56:19 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14888356 | + Email/Text: bankruptcy@jdbyrider.com | Sep 27 2023 05:53:00 | Cnac - In101, 12802 Hamilton Crossing, Carmel, IN 46032-5424 |
| 14888358 | + Email/Text: bankruptcy@consumerportfolio.com | Sep 27 2023 05:53:00 | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |
| 14888359 | + Email/Text: bankruptcy_notifications@ccsusa.com | Sep 27 2023 05:53:00 | Credit Coll, 725 Canton St, Norwood, MA 02062-2679 |
| 14888360 | + Email/Text: bankruptcy_notifications@ccsusa.com | Sep 27 2023 05:53:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 14888361 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2023 05:55:46 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14920911 | Email/Text: G06041@att.com | Sep 27 2023 05:53:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14888362 | + Email/Text: bankruptcynotices@dcicollect.com | Sep 27 2023 05:53:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 15029252 | Email/Text: ECMCBKNotices@ecmc.org | Sep 27 2023 05:52:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14888364 | + Email/Text: bknotice@ercbpo.com | Sep 27 2023 05:53:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14888365 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 27 2023 05:56:13 | Fst Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 14888366 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 27 2023 05:52:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14920806 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2023 05:55:26 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14888367 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 27 2023 05:55:39 | Merrick Bk, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14900023 | + Email/Text: bk@microf.com | Sep 27 2023 05:53:00 | Microf, PO Box 70085, Albany, GA 31708-0085 |
| 15229868 | Email/Text: mtgbk@shellpointmtg.com | Sep 27 2023 05:52:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14914179 | + Email/Text: JCAP_BNC_Notices@jcap.com | Sep 27 2023 05:53:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14888368 | + Email/Text: bnc@nordstrom.com | Sep 27 2023 05:52:49 | Nordstrom/td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14913115 | Email/Text: perituspendrick@peritusservices.com | Sep 27 2023 05:51:00 | Pendrick Capital Partners II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14904731 | + Email/Text: bncnotifications@pheaa.org | Sep 27 2023 05:52:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14888830 | + Email/PDF: rmscedi@recoverycorp.com | Sep 27 2023 06:06:43 | PRA Receivables Management, LLC, PO Box |

Case 18-23000-GLT   Doc 96   Filed 09/28/23   Entered 09/29/23 00:29:23   Desc Imaged
                              Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: 604 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | | 41021, Norfolk, VA 23541-1021 |
| 14888370 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 27 2023 05:56:13 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14913364 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Sep 27 2023 05:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14888371 | ^ | MEBN | | |
| | | | Sep 27 2023 05:47:23 | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |
| 14900030 | | Email/PDF: ais.sprint.ebn@aisinfo.com | | |
| | | | Sep 27 2023 06:06:46 | Sprint, PO Box 7949, Overland Park, KS 66207 |
| 14888372 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | | Sep 27 2023 05:51:00 | Salute, Pob 105555, Atlanta, GA 30348-5555 |
| 14888373 | + | Email/Text: cs@securitycreditservicesllc.com | | |
| | | | Sep 27 2023 05:52:00 | Security Credit Servic, 2653 W Oxford Loop, Oxford, MS 38655-5442 |
| 14888374 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 27 2023 05:55:28 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14888375 | + | Email/Text: bknotices@totalcardinc.com | | |
| | | | Sep 27 2023 05:53:00 | Tbom/total Crd, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14888376 | + | Email/Text: BCN@timepayment.com | | |
| | | | Sep 27 2023 05:53:00 | Timepayment Corp, 1600 District Ave Ste 20, Burlington, MA 01803-5076 |
| 14888377 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Sep 27 2023 05:51:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC as servicer for The Bank of N |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | The Bank of New York Mellon Trust Company, N.A., |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14900006 | *+ | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14900007 | *P++ | BAXTER CREDIT UNION, COLLECTION DEPARTMENT, PO BOX 8133, VERNON HILLS IL 60061-8133, address filed with court:, Baxter Credit Union, 340 N Milwaukee Ave, Vernon Hills, IL 60061 |
| 14900011 | *+ | Cnac - In101, 12802 Hamilton Crossing, Carmel, IN 46032-5424 |
| 14900012 | *+ | Coll Svc Ctr, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 14900013 | *+ | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |
| 14900014 | *+ | Credit Coll, 725 Canton St, Norwood, MA 02062-2679 |
| 14900015 | *+ | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 14900016 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14900018 | *+ | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14900019 | *+ | Dpt Treasury, 3700 East West Highway, Hyattsville, MD 20782-2092 |
| 14900020 | *+ | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14900021 | *+ | Fst Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 14900022 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14900024 | *+ | Nordstrom/td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14900025 | *+ | Pitt Ctr Fcu, P.o. Box 9727, Pittsburgh, PA 15229-0727 |
| 14900026 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14900027 | *+ | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |
| 14900028 | *+ | Salute, Pob 105555, Atlanta, GA 30348-5555 |
| 14900029 | *+ | Security Credit Servic, 2653 W Oxford Loop, Oxford, MS 38655-5442 |
| 14900031 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14900032 | *+ | Tbom/total Crd, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14900033 | *+ | Timepayment Corp, 1600 District Ave Ste 20, Burlington, MA 01803-5076 |
| 14900034 | *+ | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14900017 | ##+ | Ditech, PO Box 979282, Miami, FL 33197-9282 |

TOTAL: 3 Undeliverable, 25 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2023   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC as servicer for The Bank of New York Mellon Trust Company N.A., as Indenture Trustee of the GMACM bnicholas@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon Trust Company, N.A., fka The Bank of New York Trust Company, N.A., as Trustee for GMACM Home Equity Loan Tru eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Elizabeth K. Holdren | on behalf of Creditor The Bank of New York Mellon Trust Company N.A., fka The Bank of New York Trust Company, NA., as Trustee for GMACM Home Equity Loan Trust 2006-HE5 eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Jeffrey R. Hunt | on behalf of Creditor Clairton City School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Clairton City & Clairton City School District jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lawrence W. Willis | on behalf of Debtor Keri A Burgwin ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Patricia Liptak McGrail | on behalf of Creditor Clairton School District pmcgrail@plmoffice.com tpontia@plmoffice.com;lkurka@plmoffice.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10