**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KERI A BURGWIN<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:18-23000<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.


September 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/27/2018 and confirmed on 9/27/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 55,536.00 |
| Less Refunds to Debtor | 131.60 | |
| TOTAL AMOUNT OF PLAN FUND | | 55,404.40 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,201.00 | |
|   Trustee Fee | 2,555.02 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,756.02 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 15,026.57 | 0.00 | 15,026.57 |
|     Acct: 8500 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG | 16,032.64 | 16,032.64 | 0.00 | 16,032.64 |
|     Acct: 8500 | | | | |
|   CLAIRTON CITY SD (CLAIRTON) (RE) | 3,888.21 | 3,888.21 | 882.71 | 4,770.92 |
|     Acct: N315 | | | | |
|   CITY OF CLAIRTON (RE TAX) | 2,082.64 | 2,082.64 | 472.26 | 2,554.90 |
|     Acct: 9800 | | | | |
|   CLAIRTON CITY SD (CLAIRTON) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: N315 | | | | |
|   CLAIRTON CITY SD (CLAIRTON) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: N315 | | | | |
|   CITY OF CLAIRTON (RE TAX) | 1,379.50 | 1,379.50 | 0.00 | 1,379.50 |
|     Acct: 9800 | | | | |
|   BYRIDER FINANCE LLC  D/B/A CNAC | 3,462.40 | 3,462.40 | 641.31 | 4,103.71 |
|     Acct: 0319 | | | | |
| | | | | 43,868.24 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KERI A BURGWIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KERI A BURGWIN | 131.60 | 131.60 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,101.00 | 3,101.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 1,100.00 | 1,100.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX1/23 | | | | |
|   CLAIRTON CITY SD & CITY OF CLAIRTON | 406.50 | 406.50 | 0.00 | 406.50 |
|     Acct: 9800 | | | | |
|   CLAIRTON CITY SD (CLAIRTON) (RE) | 341.15 | 341.15 | 74.99 | 416.14 |
|     Acct: N315 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 822.64 |
| Unsecured | | | | |
| ECMC(*)  <br>  Acct: 9800 | 48,068.40 | 2,887.34 | 0.00 | 2,887.34 |
| BAXTER CREDIT UNION  <br>  Acct: 9017 | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC  <br>  Acct: HGLW | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC  <br>  Acct: QAM9 | 0.00 | 0.00 | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SVCS/CPS  <br>  Acct: 0552 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES  <br>  Acct: 0447 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES  <br>  Acct: 5169 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE  <br>  Acct: 8676 | 266.50 | 16.01 | 0.00 | 16.01 |
| DIVERSIFIED CONSULTANTS++  <br>  Acct: 5414 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*  <br>  Acct: 8106 | 0.00 | 0.00 | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY  <br>  Acct: 8297 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST PREMIER BANK  <br>  Acct: 3497 | 0.00 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSON C  <br>  Acct: 9814 | 423.69 | 25.45 | 0.00 | 25.45 |
| AMERICREDIT FINANCIAL SVCS INC DBA  <br>  Acct: 6756 | 8,285.11 | 497.67 | 0.00 | 497.67 |
| MICROF LLC  <br>  Acct: 2234 | 1,122.31 | 67.42 | 0.00 | 67.42 |
| NORDSTROM FSB  <br>  Acct: 0008 | 178.59 | 10.73 | 0.00 | 10.73 |
| PITTSBURGH CENTER FCU++  <br>  Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA AG FUNDING LLC  <br>  Acct: 9788 | 0.00 | 0.00 | 0.00 | 0.00 |
| REC MANAGEMENT SERVICE++  <br>  Acct: 2313 | 0.00 | 0.00 | 0.00 | 0.00 |
| SALUTE/UTB  <br>  Acct: 4172 | 0.00 | 0.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC - ASSIGNEE OF  <br>  Acct: 83DD | 1,945.00 | 116.83 | 0.00 | 116.83 |
| SYNCHRONY BANK  <br>  Acct: 4913 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF MISSOURI  <br>  Acct: 5628 | 425.25 | 25.54 | 0.00 | 25.54 |
| TIME PAYMENT CORP  <br>  Acct: 8875 | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON  <br>  Acct: 8493 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENDRICK CAPITAL PARTNERS II LLC  <br>  Acct: 1571 | 143.42 | 8.62 | 0.00 | 8.62 |
| PENDRICK CAPITAL PARTNERS II LLC  <br>  Acct: 1572 | 717.12 | 43.08 | 0.00 | 43.08 |
| ATLAS ACQUISITIONS LLC - AS ASSIGNEE  <br>  Acct: 5467 | 583.90 | 35.07 | 0.00 | 35.07 |
| ATLAS ACQUISITIONS LLC - ASSIGNEE OF  <br>  Acct: 7f14 | 400.23 | 24.04 | 0.00 | 24.04 |

18-23000 Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| AT & T MOBILITY II LLC | 2,149.90 | 129.13 | 0.00 | 129.13 |
| Acct: 6213 | | | | |
| DIRECTV LLC BY AMERICAN INFOSOURC | 1,071.38 | 64.36 | 0.00 | 64.36 |
| Acct: 1616 | | | | |
| ASHLEY FUNDING SERVICES LLC - ASSIG | 103.42 | 6.21 | 0.00 | 6.21 |
| Acct: 247A | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1051 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERY RIES ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HILL WALLACK LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,957.50 |

**TOTAL PAID TO CREDITORS**                                                          48,648.38

TOTAL CLAIMED
PRIORITY            747.65
SECURED          26,845.39
UNSECURED       65,884.22

Date: 09/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    KERI A BURGWIN

        Debtor(s)

  Ronda J. Winnecour
        Movant
        vs.
  No Repondents.

Case No.:18-23000

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                     Case No. 18-23000-GLT
Keri A Burgwin                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                                   Page 1 of 4
Date Rcvd: Sep 26, 2023                 Form ID: pdf900                              Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keri A Burgwin, 743 Horton St, Clairton, PA 15025-1321 |
| cr | + | Clairton City & Clairton City School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Clairton City School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Clairton School District, 501 Waddell Avenue, Clairton, PA 15025-1597 |
| cr | + | Ditech Financial LLC, PO Box 0049, Palatine, IL 60055-0001 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, as, Hill Wallack LLP, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 14931319 | + | City of Clairton & Clairton City School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14931326 | + | Clairton City School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14900009 | + | Clairton School District, C/O McGrail & Associates, 1714 Lincoln Way, McKeesport, PA 15131-1716 |
| 14900010 | + | Clariton City, C/O Keystone Collectors, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14888357 | + | Coll Svc Ctr, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 14888363 | + | Dpt Treasury, 3700 East West Highway, Hyattsville, MD 20782-2092 |
| 14939659 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14888369 | + | Pitt Ctr Fcu, P.o. Box 9727, Pittsburgh, PA 15229-0727 |
| 14927004 | | The Bank of New York Mellon Trust Company, N.A., c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Sep 27 2023 05:53:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14892482 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 27 2023 05:52:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14919843 | + | Email/Text: g20956@att.com | Sep 27 2023 05:53:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14916369 | | Email/Text: bnc@atlasacq.com | Sep 27 2023 05:51:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14888353 | + | Email/Text: bncnotifications@pheaa.org | Sep 27 2023 05:52:00 | Aes/pheaa-keycon, Pob 61047, Harrisburg, PA 17106-1047 |
| 14888354 | + | Email/Text: bncnotifications@pheaa.org | Sep 27 2023 05:52:00 | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |

Case 18-23000-GLT   Doc 98   Filed 09/28/23   Entered 09/29/23 00:29:23   Desc Imaged
Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: pdf900 | Total Noticed: 55 |

| | | | |
|---|---|---|---|
| 14924343 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2023 05:55:27 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14888355 | Email/Text: bankruptcies.notifications@bcu.org | Sep 27 2023 05:53:00 | Baxter Credit Union, 340 N Milwaukee Ave, Vernon Hills, IL 60061 |
| 14934605 | + Email/Text: bknotices@totalcardinc.com | Sep 27 2023 05:53:00 | Bank of Missouri, PO Box 89725, Sioux Falls, SD 57109-9725 |
| 14900008 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2023 06:06:50 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14888356 | + Email/Text: bankruptcy@jdbyrider.com | Sep 27 2023 05:53:00 | Cnac - In101, 12802 Hamilton Crossing, Carmel, IN 46032-5424 |
| 14888358 | + Email/Text: bankruptcy@consumerportfolio.com | Sep 27 2023 05:53:00 | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |
| 14888359 | + Email/Text: bankruptcy_notifications@ccsusa.com | Sep 27 2023 05:53:00 | Credit Coll, 725 Canton St, Norwood, MA 02062-2679 |
| 14888360 | + Email/Text: bankruptcy_notifications@ccsusa.com | Sep 27 2023 05:53:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 14888361 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2023 05:55:42 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14920911 | Email/Text: G06041@att.com | Sep 27 2023 05:53:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14888362 | + Email/Text: bankruptcynotices@dcicollect.com | Sep 27 2023 05:53:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 15029252 | Email/Text: ECMCBKNotices@ecmc.org | Sep 27 2023 05:52:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14888364 | + Email/Text: bknotice@ercbpo.com | Sep 27 2023 05:53:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14888365 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 27 2023 05:56:14 | Fst Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 14888366 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 27 2023 05:52:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14920806 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2023 06:06:38 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14888367 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 27 2023 05:55:21 | Merrick Bk, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14900023 | + Email/Text: bk@microf.com | Sep 27 2023 05:53:00 | Microf, PO Box 70085, Albany, GA 31708-0085 |
| 15229868 | Email/Text: mtgbk@shellpointmtg.com | Sep 27 2023 05:52:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14914179 | + Email/Text: JCAP_BNC_Notices@jcap.com | Sep 27 2023 05:53:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14888368 | + Email/Text: bnc@nordstrom.com | Sep 27 2023 05:52:46 | Nordstrom/td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14913115 | Email/Text: perituspendrick@peritusservices.com | Sep 27 2023 05:51:00 | Pendrick Capital Partners II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14904731 | + Email/Text: bncnotifications@pheaa.org | Sep 27 2023 05:52:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14888830 | + Email/PDF: rmscedi@recoverycorp.com | Sep 27 2023 05:55:43 | PRA Receivables Management, LLC, PO Box |

Case 18-23000-GLT    Doc 98    Filed 09/28/23    Entered 09/29/23 00:29:23    Desc Imaged
Certificate of Notice    Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: pdf900 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | | 41021, Norfolk, VA 23541-1021 |
| 14888370 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 27 2023 05:56:20 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14913364 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Sep 27 2023 05:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14888371 | ^ | MEBN | | |
| | | | Sep 27 2023 05:47:24 | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |
| 14900030 | | Email/PDF: ais.sprint.ebn@aisinfo.com | | |
| | | | Sep 27 2023 05:56:13 | Sprint, PO Box 7949, Overland Park, KS 66207 |
| 14888372 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | | Sep 27 2023 05:51:00 | Salute, Pob 105555, Atlanta, GA 30348-5555 |
| 14888373 | + | Email/Text: cs@securitycreditservicesllc.com | | |
| | | | Sep 27 2023 05:52:00 | Security Credit Servic, 2653 W Oxford Loop, Oxford, MS 38655-5442 |
| 14888374 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 27 2023 06:06:40 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14888375 | + | Email/Text: bknotices@totalcardinc.com | | |
| | | | Sep 27 2023 05:53:00 | Tbom/total Crd, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14888376 | + | Email/Text: BCN@timepayment.com | | |
| | | | Sep 27 2023 05:53:00 | Timepayment Corp, 1600 District Ave Ste 20, Burlington, MA 01803-5076 |
| 14888377 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Sep 27 2023 05:51:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC as servicer for The Bank of N |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | The Bank of New York Mellon Trust Company, N.A., |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14900006 | *+ | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14900007 | *P++ | BAXTER CREDIT UNION, COLLECTION DEPARTMENT, PO BOX 8133, VERNON HILLS IL 60061-8133, address filed with court:, Baxter Credit Union, 340 N Milwaukee Ave, Vernon Hills, IL 60061 |
| 14900011 | *+ | Cnac - In101, 12802 Hamilton Crossing, Carmel, IN 46032-5424 |
| 14900012 | *+ | Coll Svc Ctr, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 14900013 | *+ | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |
| 14900014 | *+ | Credit Coll, 725 Canton St, Norwood, MA 02062-2679 |
| 14900015 | *+ | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 14900016 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14900018 | *+ | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14900019 | *+ | Dpt Treasury, 3700 East West Highway, Hyattsville, MD 20782-2092 |
| 14900020 | *+ | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14900021 | *+ | Fst Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 14900022 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14900024 | *+ | Nordstrom/td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14900025 | *+ | Pitt Ctr Fcu, P.o. Box 9727, Pittsburgh, PA 15229-0727 |
| 14900026 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14900027 | *+ | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |
| 14900028 | *+ | Salute, Pob 105555, Atlanta, GA 30348-5555 |
| 14900029 | *+ | Security Credit Servic, 2653 W Oxford Loop, Oxford, MS 38655-5442 |
| 14900031 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14900032 | *+ | Tbom/total Crd, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14900033 | *+ | Timepayment Corp, 1600 District Ave Ste 20, Burlington, MA 01803-5076 |
| 14900034 | *+ | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14900017 | ##+ | Ditech, PO Box 979282, Miami, FL 33197-9282 |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: pdf900 | Total Noticed: 55 |

TOTAL: 3 Undeliverable, 25 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2023           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC as servicer for The Bank of New York Mellon Trust Company N.A., as Indenture Trustee of the GMACM bnicholas@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon Trust Company, N.A., fka The Bank of New York Trust Company, N.A., as Trustee for GMACM Home Equity Loan Tru eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Elizabeth K. Holdren | on behalf of Creditor The Bank of New York Mellon Trust Company N.A., fka The Bank of New York Trust Company, NA., as Trustee for GMACM Home Equity Loan Trust 2006-HE5 eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Jeffrey R. Hunt | on behalf of Creditor Clairton City School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Clairton City & Clairton City School District jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lawrence W. Willis | on behalf of Debtor Keri A Burgwin ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Patricia Liptak McGrail | on behalf of Creditor Clairton School District pmcgrail@plmoffice.com tpontia@plmoffice.com;lkurka@plmoffice.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10