**Fill in this information to identify the case:**

Debtor 1: Keri A Burgwin

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania
(State)

Case number: 18-23000-GLT

---

Form 4100R

# Response to Notice of Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

Name of creditor: The Bank of New York Mellon Trust Company, N.A., fka The Bank of New York Trust Company, N.A., as Trustee for GMACM Home Equity Loan Trust 2006-HE5

Court claim no. (if known): 17-1

Last 4 digits of any number you use to identify the debtor's account: 8 5 0 0

Property address: 743 Horton St
Number    Street

_____

Clairton, Pennsylvania 15025
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____   *Paid in Full
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/_____
MM / DD / YYYY

Debtor 1   Keri A Burgwin
_____First Name_____Middle Name_____Last Name_____

Case number (*if known*) __18-23000-GLT__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Kaitlin D. Shire
Signature

Date  10/02/2023

Print: Kaitlin D. Shire
First Name   Middle Name   Last Name

Title: Creditor's Counsel

Company: Hill Wallack LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 777 Township Line Road, Suite 250
Number        Street

Yardley, PA 19067
City          State    ZIP Code

Contact phone (215) 579-7700

Email kshire@hillwallack.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH)**

| | |
|---|---|
| IN RE:<br>**Keri A Burgwin**<br>    Debtor<br><br>**NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon Trust Company, N.A., fka The Bank of New York Trust Company, N.A., as Trustee for GMACM Home Equity Loan Trust 2006-HE5**<br><br>    Movant<br>v.<br>**Keri A Burgwin**<br>    Respondent | CHAPTER 13<br><br>CASE NO.: 18-23000-GLT |

**CERTIFICATE OF SERVICE**

I hereby certify that service was made upon all interested parties indicated below of (i) Response to Notice of Final Cure of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer The Bank of New York Mellon Trust Company, N.A., fka The Bank of New York Trust Company, N.A., as Trustee for GMACM Home Equity Loan Trust 2006-HE5:

Date Served (ECF) or Mailed:   October 2, 2023

Keri A Burgwin
743 Horton St
Clairton, PA 15025
**Debtor**
**Via Regular Mail**

Lawrence W. Willis
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
**Debtor's Counsel**
**Via ECF**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*
*Via ECF*

*U.S. Trustee*
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Stuie 970
Pittsburgh, PA 15222
**U.S. Trustee**
**Via ECF**

*/s/ Kaitlin D. Shire*
**Kaitlin D. Shire, Esq., Atty ID 324226**
Hill Wallack LLP
777 Township Line Road, Suite 250
Yardley, PA  19067
215-579-7700
kshire@hillwallack.com