Certificate Number: 01721-PAW-DE-037825001

Bankruptcy Case Number: 18-23000



01721-PAW-DE-037825001

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 5, 2023, at 11:38 o'clock AM EDT, Keri Burgwin completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   October 5, 2023              By:     /s/Robin Vasselo

                                     Name:   Robin Vasselo

                                     Title:  Counselor

RECEIVED
NOV 03 2023
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Keri Burgwin : Bankruptcy No. 18-23000
                    Debtor(s) :
                              : Chapter 13

Trustee, or Debtors(s), Movant :

          v. :

Respondents :

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   [The Debtor is not required to pay any Domestic Support Obligations] ~~[redacted]~~

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On 10-5-23 [date], at docket number [number], Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*):[Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.] ~~[redacted]~~

Dated: 10-30-23      By: Keri A. Burgwin
                                              Signature
                                              Keri A. Burgwin
                                              Name of Filer - Typed
                                              743 Horton St. Clairton, PA 15025
                                              Address of Filer
                                              Keria806@hotmail.com
                                              Email Address of Filer
                                              412-418-1622
                                              Phone Number of Filer

                                              Bar I.D. and State of Admission

[RECEIVED stamp: NOV 03 2023 CLERK, U.S. BANKRUPTCY COURT WEST DIST OF PENNSYLVANIA]

PAWB Local Form 24 (07/13)



Form 614

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Keri A Burgwin**  :  Case No. 18–23000–GLT
*Debtor(s)*  :  Chapter: 13
:
:
:  Hearing Date: 11/29/23 at 11:00 AM
:  Response Date: 11/10/2023

## ORDER SETTING STATUS CONFERENCE

     **AND NOW,** the Court having reviewed the docket in this case and determined that DEBTOR(S) (the "Debtor(s)") did not file one or both of the following (each a "Certification"):

    ☑ *Certification of Discharge Eligibility* [PAWB Local Form 24]; and/or,

    ☑ *Certification of Completion of Financial Management Course*;

and the Court having entered an Order on 9/26/2023 [Doc. No. 94] indicating that the failure to file a Certification will prevent the Debtor(s) from receiving a discharge of debts in this bankruptcy case; **it is hereby ORDERED, ADJUDGED, and DECREED that:**

     1. A status conference shall be held on **November 29, 2023 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time Debtor(s)' Counsel shall appear and explain why the Debtor(s) did not file the required Certification(s). A response to this Order shall be filed on or before 11/10/2023. In accordance with Judge Taddonio's procedures, parties may appear for non–evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     2. In the event that all required Certifications are filed on or before the response deadline, the Court may vacate this Order and cancel the status conference.

Dated: September 26, 2023

Case administrator to serve:
Counsel to Debtor(s)
Debtor(s)
Chapter 13 Trustee
Office of the U.S. Trustee

                                     */s/ Gregory L. Taddonio*
                                 Gregory L. Taddonio, Chief Judge
                                 United States Bankruptcy Court