**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Keri A Burgwin**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9800<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–23000–GLT | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Keri A Burgwin

11/13/23                                                                   **By the court:** Gregory L Taddonio
                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 18-23000-GLT
Keri A Burgwin Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Nov 13, 2023 | Form ID: 3180W | Total Noticed: 57 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keri A Burgwin, 743 Horton St, Clairton, PA 15025-1321 |
| cr | + | Clairton City & Clairton City School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Clairton City School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Clairton School District, 501 Waddell Avenue, Clairton, PA 15025-1597 |
| cr | + | Ditech Financial LLC, PO Box 0049, Palatine, IL 60055-0001 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, as, Hill Wallack LLP, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 14931319 | + | City of Clairton & Clairton City School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14931326 | + | Clairton City School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14900009 | + | Clairton School District, C/O McGrail & Associates, 1714 Lincoln Way, McKeesport, PA 15131-1716 |
| 14900010 | + | Clariton City, C/O Keystone Collectors, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14888357 | + | Coll Svc Ctr, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 14888363 | + | Dpt Treasury, 3700 East West Highway, Hyattsville, MD 20782-2092 |
| 14939659 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14888369 | + | Pitt Ctr Fcu, P.o. Box 9727, Pittsburgh, PA 15229-0727 |
| 14927004 | | The Bank of New York Mellon Trust Company, N.A., c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 14 2023 08:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2023 03:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 14 2023 08:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2023 03:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Nov 14 2023 03:54:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14892482 | EDI: PHINAMERI.COM | Nov 14 2023 08:42:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14919843 | + EDI: CINGMIDLAND.COM | Nov 14 2023 08:42:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14916369 | EDI: ATLASACQU | Nov 14 2023 08:42:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14888353 | + Email/Text: bncnotifications@pheaa.org | Nov 14 2023 03:53:00 | Aes/pheaa-keycon, Pob 61047, Harrisburg, PA 17106-1047 |
| 14888354 | + Email/Text: bncnotifications@pheaa.org | Nov 14 2023 03:53:00 | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14924343 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2023 04:09:01 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14888355 | Email/Text: bankruptcies.notifications@bcu.org | Nov 14 2023 03:54:00 | Baxter Credit Union, 340 N Milwaukee Ave, Vernon Hills, IL 60061 |
| 14934605 | + EDI: TCISOLUTIONS.COM | Nov 14 2023 08:42:00 | Bank of Missouri, PO Box 89725, Sioux Falls, SD 57109-9725 |
| 14900008 | + EDI: CAPITALONE.COM | Nov 14 2023 08:42:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14888356 | + Email/Text: bankruptcy@jdbyrider.com | Nov 14 2023 03:54:00 | Cnac - In101, 12802 Hamilton Crossing, Carmel, IN 46032-5424 |
| 14888358 | + Email/Text: bankruptcy@consumerportfolio.com | Nov 14 2023 03:54:00 | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |
| 14888359 | + EDI: CCS.COM | Nov 14 2023 08:42:00 | Credit Coll, 725 Canton St, Norwood, MA 02062-2679 |
| 14888360 | + EDI: CCS.COM | Nov 14 2023 08:42:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 14888361 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 14 2023 04:08:28 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14920911 | EDI: DIRECTV.COM | Nov 14 2023 08:42:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14888362 | + EDI: DCI.COM | Nov 14 2023 08:42:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 15029252 | Email/Text: ECMCBKNotices@ecmc.org | Nov 14 2023 03:53:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14888364 | + Email/Text: bknotice@ercbpo.com | Nov 14 2023 03:54:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14888365 | + EDI: AMINFOFP.COM | Nov 14 2023 08:42:00 | Fst Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 14888366 | + EDI: PHINAMERI.COM | Nov 14 2023 08:42:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14920806 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2023 04:09:02 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14888367 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 14 2023 04:08:27 | Merrick Bk, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14900023 | + Email/Text: bk@microf.com | Nov 14 2023 03:54:00 | Microf, PO Box 70085, Albany, GA 31708-0085 |
| 15229868 | Email/Text: mtgbk@shellpointmtg.com | Nov 14 2023 03:53:00 | NewRez LLC d/b/a Shellpoint Mortgage |

Case 18-23000-GLT   Doc 108   Filed 11/15/23   Entered 11/16/23 00:36:25   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: 3180W | Total Noticed: 57 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14914179 | + | EDI: JEFFERSONCAP.COM | Nov 14 2023 08:42:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14888368 | + | Email/Text: bnc@nordstrom.com | Nov 14 2023 03:53:45 | Nordstrom/td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14913115 | | Email/Text: perituspendrick@peritusservices.com | Nov 14 2023 03:53:00 | Pendrick Capital Partners II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14904731 | + | Email/Text: bncnotifications@pheaa.org | Nov 14 2023 03:53:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14888830 | + | EDI: RECOVERYCORP.COM | Nov 14 2023 08:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14888370 | + | EDI: PRA.COM | Nov 14 2023 08:42:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14913364 | + | EDI: JEFFERSONCAP.COM | Nov 14 2023 08:42:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14888371 | ^ | MEBN | Nov 14 2023 03:49:49 | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |
| 14900030 | | EDI: AISSPRINT | Nov 14 2023 08:42:00 | Sprint, PO Box 7949, Overland Park, KS 66207 |
| 14888372 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 14 2023 03:53:00 | Salute, Pob 105555, Atlanta, GA 30348-5555 |
| 14888373 | + | Email/Text: cs@securitycreditservicesllc.com | Nov 14 2023 03:53:00 | Security Credit Servic, 2653 W Oxford Loop, Oxford, MS 38655-5442 |
| 14888374 | + | EDI: RMSC.COM | Nov 14 2023 08:42:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14888375 | + | EDI: TCISOLUTIONS.COM | Nov 14 2023 08:42:00 | Tbom/total Crd, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14888376 | + | Email/Text: BCN@timepayment.com | Nov 14 2023 03:54:00 | Timepayment Corp, 1600 District Ave Ste 20, Burlington, MA 01803-5076 |
| 14888377 | + | EDI: VERIZONCOMB.COM | Nov 14 2023 08:42:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC as servicer for The Bank of N |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | The Bank of New York Mellon Trust Company, N.A., |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14900006 | *+ | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14900007 | *P++ | BAXTER CREDIT UNION, COLLECTION DEPARTMENT, PO BOX 8133, VERNON HILLS IL 60061-8133, address filed with court:, Baxter Credit Union, 340 N Milwaukee Ave, Vernon Hills, IL 60061 |
| 14900011 | *+ | Cnac - In101, 12802 Hamilton Crossing, Carmel, IN 46032-5424 |
| 14900012 | *+ | Coll Svc Ctr, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 14900013 | *+ | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |
| 14900014 | *+ | Credit Coll, 725 Canton St, Norwood, MA 02062-2679 |
| 14900015 | *+ | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 14900016 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14900018 | *+ | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14900019 | *+ | Dpt Treasury, 3700 East West Highway, Hyattsville, MD 20782-2092 |
| 14900020 | *+ | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: auto | | Page 4 of 5 |
| Date Rcvd: Nov 13, 2023 | Form ID: 3180W | | Total Noticed: 57 |

| | | |
|---|---|---|
| 14900021 | *+ | Fst Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 14900022 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14900024 | *+ | Nordstrom/td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14900025 | *+ | Pitt Ctr Fcu, P.o. Box 9727, Pittsburgh, PA 15229-0727 |
| 14900026 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14900027 | *+ | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |
| 14900028 | *+ | Salute, Pob 105555, Atlanta, GA 30348-5555 |
| 14900029 | *+ | Security Credit Servic, 2653 W Oxford Loop, Oxford, MS 38655-5442 |
| 14900031 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14900032 | *+ | Tbom/total Crd, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14900033 | *+ | Timepayment Corp, 1600 District Ave Ste 20, Burlington, MA 01803-5076 |
| 14900034 | *+ | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14900017 | ##+ | Ditech, PO Box 979282, Miami, FL 33197-9282 |

TOTAL: 3 Undeliverable, 25 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2023           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:

**Name** — **Email Address**

Brian Nicholas
on behalf of Creditor Ditech Financial LLC as servicer for The Bank of New York Mellon Trust Company N.A., as Indenture Trustee of the GMACM bnicholas@kmllawgroup.com

Elizabeth K. Holdren
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon Trust Company, N.A., fka The Bank of New York Trust Company, N.A., as Trustee for GMACM Home Equity Loan Tru eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com

Elizabeth K. Holdren
on behalf of Creditor The Bank of New York Mellon Trust Company N.A., fka The Bank of New York Trust Company, NA., as Trustee for GMACM Home Equity Loan Trust 2006-HE5 eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com

Jeffrey R. Hunt
on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Clairton City & Clairton City School District jhunt@grblaw.com

Kaitlin Shire
on behalf of Creditor The Bank of New York Mellon Trust Company N.A., fka The Bank of New York Trust Company, NA., as Trustee for GMACM Home Equity Loan Trust 2006-HE5 kshire@hillwallack.com, lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lawrence W. Willis
on behalf of Debtor Keri A Burgwin ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Nov 13, 2023 | Form ID: 3180W | Total Noticed: 57

    ustpregion03.pi.ecf@usdoj.gov

Patricia Liptak McGrail
    on behalf of Creditor Clairton School District pmcgrail@plmoffice.com tpontia@plmoffice.com;lkurka@plmoffice.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11