FILED
11/13/23 2:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    KERI A BURGWIN

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:18-23000

Chapter 13

Related to Docket No. 93

ORDER OF COURT

  AND NOW, this ___ 13th Day of November, 2023 ___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                        Case No. 18-23000-GLT

Keri A Burgwin                                                                                                          Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                          User: auto                                                   Page 1 of 4

Date Rcvd: Nov 13, 2023                                 Form ID: pdf900                                         Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keri A Burgwin, 743 Horton St, Clairton, PA 15025-1321 |
| cr | + | Clairton City & Clairton City School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Clairton City School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Clairton School District, 501 Waddell Avenue, Clairton, PA 15025-1597 |
| cr | + | Ditech Financial LLC, PO Box 0049, Palatine, IL 60055-0001 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, as, Hill Wallack LLP, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 14931319 | + | City of Clairton & Clairton City School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14931326 | + | Clairton City School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14900009 | + | Clairton School District, C/O McGrail & Associates, 1714 Lincoln Way, McKeesport, PA 15131-1716 |
| 14900010 | + | Clariton City, C/O Keystone Collectors, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14888357 | + | Coll Svc Ctr, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 14888363 | + | Dpt Treasury, 3700 East West Highway, Hyattsville, MD 20782-2092 |
| 14939659 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14888369 | + | Pitt Ctr Fcu, P.o. Box 9727, Pittsburgh, PA 15229-0727 |
| 14927004 | | The Bank of New York Mellon Trust Company, N.A., c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Nov 14 2023 03:54:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14892482 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 14 2023 03:53:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14919843 | + | Email/Text: g20956@att.com | Nov 14 2023 03:54:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14916369 | | Email/Text: bnc@atlasacq.com | Nov 14 2023 03:53:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14888353 | + | Email/Text: bncnotifications@pheaa.org | Nov 14 2023 03:53:00 | Aes/pheaa-keycon, Pob 61047, Harrisburg, PA 17106-1047 |
| 14888354 | + | Email/Text: bncnotifications@pheaa.org | Nov 14 2023 03:53:00 | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |

District/off: 0315-2                          User: auto                                    Page 2 of 4
Date Rcvd: Nov 13, 2023                  Form ID: pdf900                         Total Noticed: 55

| | | |
|---|---|---|
| 14924343 | Email/PDF: resurgentbknotifications@resurgent.com | |
| | Nov 14 2023 04:08:29 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14888355 | Email/Text: bankruptcies.notifications@bcu.org | |
| | Nov 14 2023 03:54:00 | Baxter Credit Union, 340 N Milwaukee Ave, Vernon Hills, IL 60061 |
| 14934605 | + Email/Text: famc-bk@1stassociates.com | |
| | Nov 14 2023 03:54:00 | Bank of Missouri, PO Box 89725, Sioux Falls, SD 57109-9725 |
| 14900008 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | Nov 14 2023 04:20:21 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14888356 | + Email/Text: bankruptcy@jdbyrider.com | |
| | Nov 14 2023 03:54:00 | Cnac - In101, 12802 Hamilton Crossing, Carmel, IN 46032-5424 |
| 14888358 | + Email/Text: bankruptcy@consumerportfolio.com | |
| | Nov 14 2023 03:54:00 | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |
| 14888359 | + Email/Text: bankruptcy_notifications@ccsusa.com | |
| | Nov 14 2023 03:54:00 | Credit Coll, 725 Canton St, Norwood, MA 02062-2679 |
| 14888360 | + Email/Text: bankruptcy_notifications@ccsusa.com | |
| | Nov 14 2023 03:54:00 | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 14888361 | + Email/PDF: creditonebknotifications@resurgent.com | |
| | Nov 14 2023 04:08:28 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14920911 | Email/Text: G06041@att.com | |
| | Nov 14 2023 03:54:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14888362 | + Email/Text: bankruptcynotices@dcicollect.com | |
| | Nov 14 2023 03:54:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 15029252 | Email/Text: ECMCBKNotices@ecmc.org | |
| | Nov 14 2023 03:53:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14888364 | + Email/Text: bknotice@ercbpo.com | |
| | Nov 14 2023 03:54:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14888365 | + Email/PDF: ais.fpc.ebn@aisinfo.com | |
| | Nov 14 2023 04:31:44 | Fst Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 14888366 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | |
| | Nov 14 2023 03:53:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14920806 | Email/PDF: resurgentbknotifications@resurgent.com | |
| | Nov 14 2023 04:08:44 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14888367 | + Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | Nov 14 2023 04:20:16 | Merrick Bk, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14900023 | + Email/Text: bk@microf.com | |
| | Nov 14 2023 03:54:00 | Microf, PO Box 70085, Albany, GA 31708-0085 |
| 15229868 | Email/Text: mtgbk@shellpointmtg.com | |
| | Nov 14 2023 03:53:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14914179 | + Email/Text: JCAP_BNC_Notices@jcap.com | |
| | Nov 14 2023 03:54:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14888368 | + Email/Text: bnc@nordstrom.com | |
| | Nov 14 2023 03:53:40 | Nordstrom/td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14913115 | Email/Text: perituspendrick@peritusservices.com | |
| | Nov 14 2023 03:53:00 | Pendrick Capital Partners II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 14904731 | + Email/Text: bncnotifications@pheaa.org | |
| | Nov 14 2023 03:53:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14888830 | + Email/PDF: rmscedi@recoverycorp.com | |
| | Nov 14 2023 04:31:37 | PRA Receivables Management, LLC, PO Box |

District/off: 0315-2                    User: auto                                        Page 3 of 4
Date Rcvd: Nov 13, 2023                 Form ID: pdf900                         Total Noticed: 55

|  |  |  |  | 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|---|
| 14888370 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2023 04:31:44 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14913364 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 14 2023 03:54:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14888371 | ^ | MEBN | Nov 14 2023 03:49:51 | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |
| 14900030 |  | Email/PDF: ais.sprint.ebn@aisinfo.com | Nov 14 2023 04:20:46 | Sprint, PO Box 7949, Overland Park, KS 66207 |
| 14888372 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 14 2023 03:53:00 | Salute, Pob 105555, Atlanta, GA 30348-5555 |
| 14888373 | + | Email/Text: cs@securitycreditservicesllc.com | Nov 14 2023 03:53:00 | Security Credit Servic, 2653 W Oxford Loop, Oxford, MS 38655-5442 |
| 14888374 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 04:31:39 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14888375 | + | Email/Text: famc-bk@1stassociates.com | Nov 14 2023 03:54:00 | Tbom/total Crd, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14888376 | + | Email/Text: BCN@timepayment.com | Nov 14 2023 03:54:00 | Timepayment Corp, 1600 District Ave Ste 20, Burlington, MA 01803-5076 |
| 14888377 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 14 2023 03:53:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Ditech Financial LLC as servicer for The Bank of N |
| cr |  | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr |  | The Bank of New York Mellon Trust Company, N.A., |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14900006 | *+ | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14900007 | *P++ | BAXTER CREDIT UNION, COLLECTION DEPARTMENT, PO BOX 8133, VERNON HILLS IL 60061-8133, address filed with court:, Baxter Credit Union, 340 N Milwaukee Ave, Vernon Hills, IL 60061 |
| 14900011 | *+ | Cnac - In101, 12802 Hamilton Crossing, Carmel, IN 46032-5424 |
| 14900012 | *+ | Coll Svc Ctr, 250 Mt Lebanon Blvd, Pittsburgh, PA 15234-1252 |
| 14900013 | *+ | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |
| 14900014 | *+ | Credit Coll, 725 Canton St, Norwood, MA 02062-2679 |
| 14900015 | *+ | Credit Collection Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 14900016 | *+ | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14900018 | *+ | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14900019 | *+ | Dpt Treasury, 3700 East West Highway, Hyattsville, MD 20782-2092 |
| 14900020 | *+ | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14900021 | *+ | Fst Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 14900022 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14900024 | *+ | Nordstrom/td Bank Usa, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14900025 | *+ | Pitt Ctr Fcu, P.o. Box 9727, Pittsburgh, PA 15229-0727 |
| 14900026 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14900027 | *+ | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |
| 14900028 | *+ | Salute, Pob 105555, Atlanta, GA 30348-5555 |
| 14900029 | *+ | Security Credit Servic, 2653 W Oxford Loop, Oxford, MS 38655-5442 |
| 14900031 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14900032 | *+ | Tbom/total Crd, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14900033 | *+ | Timepayment Corp, 1600 District Ave Ste 20, Burlington, MA 01803-5076 |
| 14900034 | *+ | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14900017 | ##+ | Ditech, PO Box 979282, Miami, FL 33197-9282 |

District/off: 0315-2

User: auto

Page 4 of 4

Date Rcvd: Nov 13, 2023

Form ID: pdf900

Total Noticed: 55

TOTAL: 3 Undeliverable, 25 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2023

Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC as servicer for The Bank of New York Mellon Trust Company  N.A., as Indenture Trustee of the GMACM bnicholas@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing  as servicer for The Bank of New York Mellon Trust Company, N.A., fka The Bank of New York Trust Company, N.A., as Trustee for GMACM Home Equity Loan Tru eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Elizabeth K. Holdren | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., fka The Bank of New York Trust Company, NA., as Trustee for GMACM Home Equity Loan Trust 2006-HE5 eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Jeffrey R. Hunt | on behalf of Creditor Clairton City School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Clairton City & Clairton City School District jhunt@grblaw.com |
| Kaitlin Shire | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., fka The Bank of New York Trust Company, NA., as Trustee for GMACM Home Equity Loan Trust 2006-HE5 kshire@hillwallack.com, lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lawrence W. Willis | on behalf of Debtor Keri A Burgwin ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Patricia Liptak McGrail | on behalf of Creditor Clairton School District pmcgrail@plmoffice.com  tpontia@plmoffice.com;lkurka@plmoffice.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11